UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Misc. No. 10-248 |
| v. ) | |
| ) | (Related to Cr. Nos. 92-86, 96-48 and 03-14) |
| TIMOTHY MILTON VALES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| STATE FARM INSURANCE, ) | |
| and its successors and assigns, ) | Electronically Filed |
| ) | |
| Garnishee ) | |

## ORDER OF COURT

AND NOW, this 26th day of Aug, 2010, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to State Farm Insurance.

_____
/UNITED STATES DISTRICT JUDGE